IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAKISHA HENRY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | **No. 24-1891** |
| v. | : | |
| | : | |
| **EDRAS MARCELIN &** | : | |
| **LYFT, INC.,** | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 25th day of September 2024, upon consideration of Defendant Lyft Inc.'s Partial Motion for Judgment on the Pleadings (ECF 29), Plaintiff Lakisha Henry's re-docketed Response (ECF 35) and Lyft's Reply (ECF 33), and consistent with the accompanying Memorandum of Law it is **ORDERED** that Lyft's Motion is **GRANTED** and Count II of Plaintiff's Complaint is **DISMISSED** with leave to amend if Henry can allege sufficient facts to state a claim for negligent hiring, retention, training, supervision, and/or entrustment. Henry shall file her Amended Complaint, if any, or a notice of her intention to stand on the remaining claims in her Complaint on or before **October 9, 2024**.

BY THE COURT:

_____

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*